# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TENESHA SIMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:14-cv-00732-SCJ |
| ) | |
| CROWN EQUIPMENT CORPORATION, ) | |
| and JOHN DOES 1-3, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Tenesha Sims
- Crown Equipment Corporation

Crown Equipment Corporation does not have a parent corporation, and there is no public corporation that owns 10% or more of its stock.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- None

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Attorneys for Defendant</u>
- Richard K. Hines, V
- Sanjay Ghosh
- Nelson Mullins Riley & Scarborough LLP

<u>Attorney for Plaintiff</u>
- T. Andrew Miller
- The Law Offices of T. Andrew Miller, LLC

Respectfully submitted this 14th day of March, 2014.

/s/ Richard K. Hines, V
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com
Sanjay Ghosh
Georgia Bar No. 141611
sanjay.ghosh@nelsonmullins.com
Attorney for Crown Equipment Corporation
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404)322-6050 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was filed with the Clerk of the Court and served in accordance with the Court's Rules on Electronic Service upon the following parties and participants:

T. Andrew Miller
The Law Offices of T. Andrew Miller, LLC
4780 Ashford Dunwoody Road
Suite A-115
Atlanta, Georgia 30338
andy@millerlegal.com

This 14th day of March, 2014.

/s/ Richard K. Hines, V
Georgia Bar No. 356300