# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TENESHA SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 1:14-cv-00732-SCJ |
| | ) |
| CROWN EQUIPMENT CORPORATION, and JOHN DOES 1-3, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that April 17, 2014, I served Defendant Crown Equipment Corporation's First Interrogatories to Plaintiff Tenesha Sims and Defendant Crown Equipment Corporation's First Requests for Production to Plaintiff Tenesha Sims via electronic mail and U.S. Mail, postage pre-paid to the following:

T. Andrew Miller
The Law Offices of T. Andrew Miller, LLC
4780 Ashford Dunwoody Road
Suite A-115
Atlanta, Georgia 30338
andy@millerlegal.com

This 18th day of April, 2014.

<u>s/Richard K. Hines, V</u>
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com
Sanjay Ghosh
Georgia Bar No. 141611
sanjay.ghosh@nelsonmullins.com
Attorney for Crown Equipment Corporation
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404)322-6050 (fax)

**Attorneys for Crown Equipment Corporation**