# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TENESHA SIMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 1:14-cv-00732-SCJ |
| ) | |
| CROWN EQUIPMENT CORPORATION, ) | |
| and JOHN DOES 1-3, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CROWN EQUIPMENT CORPORATION** were served upon the following via the Clerk of Court using the CM/ECF system with notification to:

Sanjay Ghosh
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW,
Suite 1700
Atlanta, Georgia 30363
sanjay.ghosh@nelsonmullins.com

This 1st day of October, 2014.

/s/   T. Andrew Miller
T. Andrew Miller
Georgia Bar No. 194116
*andy@amillerlegal.com*
Attorney for Plaintiff

The Law Offices of T. Andrew Miller, LLC
17 Executive Park Drive
Suite 115
Atlanta, Georgia 30329
Telephone: (678) 907-3600
Facsimile:  (800) 884-3899